**DECLARATION OF AUSA PAUL G. STERN**

I, Paul G. Stern, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and am assigned to the prosecution of United States v. Capital Ship Management Corp., et al., CR 19-354-VAP. I make this declaration in support of the government's motion in limine to exclude defense experts based on defendants' failure to disclose or, alternatively, compel defendants' immediate compliance with Rule 16 expert disclosures.

2. On or about June 18, 2019, I received a letter from George Chalos of Chalos & Co. for defendant Capital Ship Management Corporation requesting, among other things, that the government provide any expert disclosures required under Federal Rule of Criminal Procedure 16(b)(1)(C). Attached as **Exhibit 1** is a true and correct copy of George Chalos's June 18, 2019 correspondence.

3. On or about July 25, 2019, I provided defendants with notice and a summary of the testimony of two experts that the government intends to call at trial. At the time, I requested that defendants promptly provide their reciprocal expert notice and disclosures pursuant to Rule 16. Attached as **Exhibit 2** is a true and correct copy of my July 25, 2019 correspondence.

4. Defendants did not respond to the government's request for reciprocal expert discovery.

5. On or about August 9, 2019, I, along with several other Assistant United States Attorneys, had a telephonic meet-and-confer with George Chalos and Briton Sparkman of Chalos & Co., counsel for defendant CAPITAL. During the call, we inquired about defendant CAPITAL's anticipated motions and once again reiterated the

government's request that defendants provide reciprocal expert notice and disclosures so that government could meaningfully assess the admissibility of any proffered expert testimony.  In response to my request, Mr. Chalos indicated that defendant CAPITAL and/or defendant LUCA may call several experts at trial on a number of yet-to-be-determined topics.  When I asked when defendant CAPITAL would finally make its required expert notice and disclosure pursuant to Rule 16, Mr. Chalos indicated that he would not provide the required notice and disclosure until September 3, 2019 at the earliest.

6.   On August 12, 2019, I called Marc Greenberg, counsel for defendant LUCA, and asked if Mr. Greenberg would be making any expert disclosures.  Mr. Greenberg said that he would be relying on any experts being offered by defendant CAPITAL.

7.   As of today's filing, no defendant has provided the requisite expert notice or disclosures as required under Rule 16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 12, 2019.

_____
PAUL G. STERN